1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  | GLORIA OLIVAS,

Case No.: 1:16-cv-00839 DAD JLT

12           Plaintiff,

ORDER AFTER NOTICE OF SETTLEMENT

13      v.

(Doc. 11)

14  | SEARS ROEBUCK AND CO., et al.,

15           Defendants.

16

17        On September 6, 2016, the parties notified the Court that the parties have settled the action.

18  (Doc. 11)  Thus, the Court **ORDERS**:

19        1.     The stipulation to dismiss the action SHALL be filed no later than **October 28, 2016**;

20        2.     All pending dates, conferences and hearings are **VACATED**.

21        **The parties are advised that failure to comply with this order may result in the Court**

22  **imposing sanctions, including the dismissal of the action.**

23

24  IT IS SO ORDERED.

25     Dated:    **September 7, 2016**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
26

27

28